IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DAVID CARPENTER,            :
                                   :      CIVIL ACTION NO. 21-822
        Plaintiff.        :

## ORDER

**AND NOW**, this 29th day of November, 2021, the court having ordered the *pro se* plaintiff, David Carpenter ("Carpenter"), to show cause why the court should not enjoin him from filing any further papers in this court (1) that are not captioned with the name of this court, (2) that are not hand-signed in compliance with Rule 11 of the Federal Rules of Civil Procedure, and (3) for case-initiating documents, for which he has failed to pay the required fees or filed an application for leave to proceed *in forma pauperis*; and for the reasons stated in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

    1.    Carpenter is **ENJOINED** from filing any further papers in this court, whether sent to the clerk of court or to the email address of the undersigned, (1) that are not captioned with the name of this court, (2) that are not hand-signed in compliance with Rule 11 of the Federal Rules of Civil Procedure, and (3) for case-initiating documents, for which he has failed to pay the required fees or filed an application for leave to proceed *in forma pauperis*;

    2.    If Carpenter submits any paper to the clerk of court that falls within the description contained in paragraph 1 of this order, the clerk of court is **DIRECTED** not to docket such paper. In other words, the clerk of court shall only docket papers submitted by Carpenter that bear this court's caption and that are hand-signed in accordance with Rule 11 of the Federal Rules of Civil Procedure, and, for case-initiating documents, that are also accompanied by payment of the fees or an application for leave to proceed *in forma pauperis*. The clerk of court is **FURTHER**

**DIRECTED** to return any paper covered by this injunction[1] to Carpenter with a copy of this order.

The clerk of court shall accept for filing a notice of appeal of this order.

                                                      BY THE COURT:

                                                  /s/ *Edward G. Smith*
                                                  EDWARD G. SMITH, J.

---

[1] The clerk may return groups of papers in a single return mailing along with a copy of this order. Papers received by email may be returned to Carpenter with a copy of this order by email to the email address Carpenter has supplied.